

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2015

No. 04-15-00212-CV

**IN THE INTEREST OF R.K.H., A CHILD,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01466
Honorable Larry Noll, Judge Presiding

# O R D E R

On June 17, 2015, we ordered appellant to show cause why we had jurisdiction over this appeal, explaining that the clerk's record did not contain a final order. We suspended appellate deadlines pending our determination of whether we had jurisdiction. On June 30, 2015, a supplemental clerk's record was filed. This supplemental clerk's record contains a final order signed by the trial court on June 25, 2015. We therefore reinstate this appeal on the docket of this Court. And, because appellant filed her brief on July 2, 2015, appellee's brief is due **August 5, 2015.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court